448 A.2d 1154

Finley, Appellant v. Hughes and City of Philadelphia.

Appeal of City of Philadelphia.

Hughes, et al., Appellants v. Finley et al.

Submitted September 13, 1979. Barry J. Grossman, Assistant City Solicitor, for City of Phila., appellant (at Nos. 347 and 348) and appellee (at Nos. 351 and 352); Johathan D. Herbst, for Finley, appellant (at Nos. 351 and 352) and appellee (at Nos. 347, 348 and 408); Sidney I. Leabman, for Hughes, et al., appellants (at No. 408) and for Hughes, appellee (at Nos. 347, 348, 351 and 352).

Before CERCONE, P. J., WATKINS and LIPEZ, JJ.

Judgment and orders affirmed.